# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0060. MELISSA BERLIN et al. v. CITY OF ATLANTA et al.

Upon consideration of this application for discretionary review, it is ordered that it be hereby GRANTED. The applicants have already filed a notice of appeal, which has been docketed in this Court as Case No. A23A0370. Therefore, they need not file a second notice of appeal. See *Koroma v. State*, 350 Ga. App. 530, 531 (1) (827 SE2d 903) (2019).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  09/28/2022*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*